*Jean Koh Peters*, in support of the petition.

*Jane R. Rosenberg*, assistant attorney general, in opposition.

Decided December 20, 2004

STATE OF CONNECTICUT *v.* KANIYN J. PARKER

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 739 (AC 24195), is denied.

*Matthew J. Costello*, in support of the petition.

Decided January 3, 2005

STEPHEN G. DENT *v.* ALLEN F. LOVEJOY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 85 Conn. App. 455 (AC 23009), is denied.

*Douglas R. Steinmetz* and *Calvin K. Woo*, in support of the petition.

*James R. Fogarty*, in opposition.

Decided January 3, 2005

GIL GILBERT *v.* BEAVER DAM ASSOCIATION OF STRATFORD, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 85 Conn. App. 663 (AC 23729), is denied.